IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERIC LAVELLE MAY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-00703-KD-N |
| | ) | |
| TONY PATTERSON and MS. WHITE, | ) | |
|     Defendants. | ) | |

**ORDER**

This action is before the Court on the Magistrate Judge's pending Report and Recommendation (Doc. 14), to which objections are due by September 10, 2013, and the *pro se* Plaintiff's motion for a 21-day enlargement of time to file objections to same (Doc. 16).

The undersigned has conducted a *de novo* review of the Report and Recommendation and agrees with the Magistrate Judge's conclusions. Specifically, Plaintiff's claim is clearly frivolous. Accordingly, it is **ORDERED** that Plaintiff's motion for more time to object (Doc. 16) is **DENIED**, and the Report and Recommendation (Doc. 14) of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) and dated August 21, 2013, is hereby **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that this action be **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because Plaintiff's action is malicious and/or 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because his damages claim is frivolous and his request for declaratory relief fails to state a claim upon which relief can be granted.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action (Doc. 14), this Order adopting the Report and Recommendation, and the accompanying Judgment dismissing this action.

**DONE** and **ORDERED** this the **5**th day of **September 2013**.

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**